Case 2:17-cv-00141   Document 112   Filed on 11/15/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTIAGO CHANO, ALEX ELIZONDO, MARIO DE LA GARZA, AND JUAN G. GARZA, Individually and on Behalf of Similarly Situated Individuals, Plaintiffs, <br><br> v. <br><br> City of Corpus Christi, Texas, Defendant | § § § § § § § § § § § § § | Civil Action No. 2:17-cv-141 <br> Jury |

## FINAL ORDER OF DISMISSAL

On this date, Santiago Chano, Alex Elizondo, Mario De La Garza, and Juan G. Garza, Individually and on Behalf of Similarly Situated Individuals, Plaintiffs, and the Consent Plaintiffs, and Defendant, City of Corpus Christi, stated to the Court that they have arrived at a settlement of controversies existing between them in this cause, under the terms of which settlement, Plaintiffs' claims and the Consent Plaintiffs' claims case should be dismissed, with prejudice as to their rights to hereafter reassert any of the claims that were stated or could have been stated herein. Court costs should be taxed against the parties incurring same. The settlement is in accordance with the Court's Order Adopting, as Modified, Memorandum and Recommendation. [D.E. 110]

It is therefore ORDERED that the claims of Plaintiffs and the Consent Plaintiffs are hereby dismissed with prejudice as to their rights to hereafter reassert any of the claims that were stated or could have been stated herein.

It is further ORDERED that all court costs herein are taxed against the party incurring same.

SIGNED on this the _____ day of  1│15│19 , 2019.

                                              Hon. Nelda Gonzales Ramos,
                                              United States District Judge